**Danny Baylis HUSTON, Appellant,**

v.

**PAUL H. KOLB & ASSOCIATES, et al., Respondent.**

**No. WD 45348.**

Missouri Court of Appeals,
Western District.

April 21, 1992.

Danny Baylis Huston, pro se.

David Van George Brydon, Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

### ORDER

PER CURIAM.

Daniel Baylis Huston appeals from the denial of his motion to set aside the judgment of the trial court, which had dismissed his petition without prejudice for failure to prosecute.

The appeal is dismissed.

**David ARLES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45283.**

Missouri Court of Appeals,
Western District.

April 21, 1992.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).